**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Romero DAVIS, a/k/a BeBe,**
**Defendant–Appellant.**

No. 01–6240.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Romero Davis, pro se. Jane Barrett Taylor, Office of the United States Attorney, Columbia, SC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Romero Davis appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and

find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Davis,* Nos. CR–98–360; CA–99–3879–19–0 (D.S.C. filed Oct. 23, 2000, entered Oct. 24, 2000; filed Jan. 23, 2001, entered Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*